UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:

SEIZURE WARRANT                    CASE NO. 2:19-mj-00076

SEALED MOTION TO SEAL
SEIZURE WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Kathleen E. Robeson, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Application and Affidavit for Seizure Warrant, and all attachments thereto, be filed under seal until further order of this Court. The reasons why the foregoing documents should be filed under seal include: to protect the ongoing investigation and the identity of certain individuals identified in the documents.

2. There are no alternatives to sealing the entire Application and Affidavit for Seizure Warrant because the very existence of a confidential witnesses may not be known and unsealing a redacted copy of the affidavit will not be sufficient to protect certain witnesses and individuals' identities, because the subjects of the investigation will still be able to determine the witnesses and individuals' identities.

3.   Order that this Motion be sealed.

                                Respectfully submitted,

                                MICHAEL B. STUART
                                United States Attorney

                                s/ Kathleen Robeson
                                Kathleen E. Robeson
                                Assistant United States Attorney
                                VA State Bar No. 89526
                                300 Virginia Street, East
                                Room 4000
                                Charleston, WV  25301
                                Telephone:  304-345-2200
                                Fax:  304-347-5104
                                E-mail:  Kathleen.robeson@usdoj.gov