

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:   CRIMINAL NO. 2:19-MJ-0076

ALL FUNDS ON DEPOSIT IN ACCOUNT ENDING
IN 4477, HELD BY TACTICAL SOLUTIONS GROUP LLC,
DBA OVERWATCH LOCATED AT
FIRST COMMUNITY BANK IN DANIELS, WV

## O R D E R

Upon consideration of the United States Motion to Unseal, it is hereby

**ORDERED** that the seizure warrant application, affidavit and attached documents in this matter be unsealed.

ENTER: Oct 16, 2019

HONORABLE DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE